UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| GERALD T. DAVIS<br>Inmate Booking No. 14718350,<br><br>Plaintiff,<br><br>vs.<br><br>UNNAMED DEFENDANTS,<br><br>Defendants. | Civil No. 14cv0818 WQH (BLM)<br><br>**ORDER:**<br><br>**(1) DISMISSING ACTION AS FRIVOLOUS PURSUANT TO 28 U.S.C. § 1915A; and**<br><br>**(2) DENYING MOTION TO PROCEED** *IN FORMA PAUPERIS* **AS MOOT** |
|---|---|

Plaintiff, currently housed at the San Diego Central Jail located in San Diego, California, and proceeding pro se, has filed a civil action. (ECF Doc. No. 1.)

**II.    Initial Screening per 28 U.S.C. § 1915A(b)**

The Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915A, obligates the Court to review complaints filed by anyone "incarcerated or detained in any facility who is accused of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program," "as soon as practicable after docketing" and regardless of whether the prisoner prepays filing fees or moves to proceed IFP. *See* 28 U.S.C. § 1915A(a), (c). The Court must sua

sponte dismiss prisoner complaints, or any portions thereof, which are frivolous, malicious, or fail to state a claim upon which relief may be granted. 28 U.S.C. § 1915A(b); *Resnick v. Hayes*, 213 F.3d 443, 446-47 (9th Cir. 2000).

The Court finds Plaintiff's Complaint to be incomprehensible. While not entirely clear, Plaintiff appears to allege that he has been kidnaped. The remaining claims are indecipherable. A complaint is frivolous "where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Here, the Court finds Plaintiff's claims to be frivolous under § 1915A because they lack even "an arguable basis either in law or in fact," and appear "fanciful," "fantastic," or "delusional." *Neitzke*, 490 U.S. at 325, 328. Thus, the Court dismisses the entirety of Plaintiff's Complaint as frivolous pursuant to 28 U.S.C. § 1915A.

## III.   CONCLUSION AND ORDER

For the reasons set forth above, the Court hereby:

(1) **DISMISSES** Plaintiff's Complaint as frivolous pursuant to 28 U.S.C. § 1915A. Moreover, because the Court finds amendment of Plaintiff's claims would be futile at this time, leave to amend is **DENIED**. *See Cahill v. Liberty Mut. Ins. Co.*, 80 F.3d 336, 339 (9th Cir. 1996) (denial of a leave to amend is not an abuse of discretion where further amendment would be futile); *see also Robinson v. California Bd. of Prison Terms*, 997 F. Supp. 1303, 1308 (C.D. Cal. 1998) ("Since plaintiff has not, and cannot, state a claim containing an arguable basis in law, this action should be dismissed without leave to amend; any amendment would be futile.") (citing *Newland v. Dalton*, 81 F.3d 904, 907 (9th Cir. 1996)).

(2) Plaintiff's Motion to Proceed IFP is **DENIED** as moot.

//
//
//
//
//

(3) This Court **CERTIFIES** that any IFP appeal from this Order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). *See Coppedge v. United States*, 369 U.S. 438, 445 (1962); *Gardner v. Pogue*, 558 F.2d 548, 550 (9th Cir. 1977) (indigent appellant is permitted to proceed IFP on appeal only if appeal would not be frivolous).

(4) The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

DATED: 5/8/14

HON. WILLIAM Q. HAYES
United States District Judge